UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:08-CR-54-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BENNIE LEE CAMPBELL. | ) | |

This matter is before the Court on Defendant Bennie Lee Campbell's Motion for Reconsideration [DE 220] of this Court's August 27, 2010 Order [DE 219] denying Defendant's Motion to Reduce Sentence. The Court has considered the instant Motion and finds that no valid reason exists to alter Defendant's sentence in this matter. Accordingly, Defendant's Motion for Reconsideration is DENIED.

SO ORDERED.

This the 9 day of February, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE